# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17 B 38131 |
| JOHN MACK | ) Chapter 13 |
| | ) |
| Debtor(s) | ) Judge Pamela S. Hollis |

## NOTICE OF MOTION

To:  Sean M McNulty , Esq., The Semrad Law Firm, LLC , 20 S. Clark Street, 28th Floor, Chicago, IL 60603 - by electronic notice through ECF
John Mack, 21435 Loch Lane, Crest Hill, IL 60403
Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 - by electronic notice through ECF

**PLEASE TAKE NOTICE** that on **May 18, 2018** at **10:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Pamela S. Hollis at 150 West Jefferson Street, 2nd Floor, Joliet, IL, 60432 or in her absence, before any other judge who may be sitting in her place or stead, and shall then and there move this court pursuant to the attached Motion to Allow Costs of Collection, at which time and place you may appear.  A copy of said Motion is attached hereto and herewith served upon you.

CAMBRIDGE CREST DETACHED AND
ATTACHED HOMES HOMEOWNERS
ASSOCIATION

/s/ Ronald J. Kapustka
By:  Ronald J. Kapustka

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CCAM019-61058)

NOTE:  Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

## CERTIFICATE OF SERVICE

The undersigned, and attorney, hereby certifies that I have caused a copy of the foregoing Notice and Motion to Allow Costs of Collection to be served upon the parties listed below, as to the Trustee and the Debtor's attorney via electronic notice on May 8, 2018 and as to the Debtor by causing same to be mailed in a property addressed envelope, postage pre-paid, before the hour of 5:00 pm on May 8, 2018 from 175 N. Archer Avenue, Mundelein, IL 60060.

Sean M McNulty , Esq., Attorney for Debtor, The Semrad Law Firm, LLC , 20 S. Clark Street, 28th Floor, Chicago, IL 60603 - by electronic notice through ECF

John Mack, 21435 Loch Lane, Crest Hill, IL 60403

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 - by electronic notice through ECF

/s/ Ronald J. Kapustka
Attorney for Movant

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CCAM019-61058)

NOTE:  Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

CCAM019:61058\3565194.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17 B 38131 |
| JOHN MACK | ) Chapter 13 |
| | ) |
| Debtor(s) | ) Judge Pamela S. Hollis |
| | ) |

**MOTION TO ALLOW COSTS OF COLLECTION**

CAMBRIDGE CREST DETACHED AND ATTACHED HOMES HOMEOWNERS ASSOCIATION, a secured creditor herein, by and through its attorneys, Ronald J. Kapustka of Kovitz Shifrin Nesbit, and moves this Honorable Court for an Order allowing the Costs of Collection to be paid pursuant to the Debtor's confirmed Chapter 13 plan as reasonable costs of collection and in support thereof, states as follows:

1. The above captioned Chapter 13 case was filed on December 27, 2017 and the chapter 13 plan was confirmed on April 20, 2018.

2. Cambridge Crest Detached and Attached Homes Homeowners Association is incorporated under the laws of the State of Illinois as a non-for-profit corporation and is charged with the authority to administer the subject premises pursuant to the Declaration of Covenants for the Association (hereinafter referred to as "Declaration"), duly recorded with the office of the Recorder of Deeds;

3. Debtor is the legal owner of the property commonly known as 21435 Loch Lane, Crest Hill, Illinois which is subject to the terms and conditions of the Declaration.

4. The Declaration gives the Association the right to collect assessments from owners such as the Debtors herein and to maintain eviction actions and to recover attorneys' fees and costs from owners who fail to stay current on their assessments. Unpaid assessments are a lien on the property pursuant to the terms of the Declaration.

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

CCAM019:61058\3565194.1

5. The costs of collection incurred by Cambridge Crest Detached and Attached Homes Homeowners Association are secured pursuant to the terms of the Declaration;

6. As of this date, Cambridge Crest Detached and Attached Homes Homeowners Association has incurred the following post-petition attorney's fees not already provided in Plan paragraph 3.2 as relating to representing Cambridge Crest Detached and Attached Homes Homeowners Association interests in this case:

(a) March 16, 2018 – $132.50 Preparation of Stay Expiration letter to Association regarding eviction order; National Bankruptcy Search prior to placing eviction;

(b) March 16, 2018 – $38.50 Cost for Track Book Search order prior to placing eviction;

(c) March 16, 2018 – $106.00 Bankruptcy Found. Preparation of letter to Association advising of bankruptcy filing and providing direction as to how the account should be handled while the bankruptcy is pending;

(d) March 16, 2018 – $450.50 Request account ledger from management going back to a $0.00 balance; prepare and file Proof of Claim on behalf of the Association; this is a flat fee which includes future monitoring and processing of all future trustee payments; forwarding payments to the Association with direction has to how payments should be applied to Debtor(s) account;

(e) March 16, 2018 – NO CHARGE Email to debtor's counsel providing copy of the Association's Proof of Claim, advising Association had no prior notice of the debtor's bankruptcy filing and requesting the plan be amended to adequately provide full cure for the Association's secured, pre-petition claim.

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
CCAM019:61058\3565194.1

**WHEREFORE**, your Movant, Cambridge Crest Detached and Attached Homes Homeowners Assocaition prays for an Order Allowing the post petition costs of collection in the amount of $727.50 to be added to the arrears amount in the Debtor's confirmed plan and for such other relief as this Court deems just.

                CAMBRIDGE CREST DETACHED AND
                ATTACHED HOMES HOMEOWNERS
                ASSOCIATION

        By:    /s/ Ronald J. Kapustka
                Ronald J. Kapustka

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CCAM019-61058)

NOTE:  Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

CCAM019:61058\3565194.1